## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:11CV422 |
| Plaintiff, | : | JUDGE TIMOTHY S. BLACK |
| v. | : | |
| (1) REAL PROPERTY KNOWN AS 250 N. GARLAND AVENUE, DAYTON, OHIO 45403, et al. | : : | |
| Defendants. | : | |

### AGREED ORDER EXTENDING TIME FOR MICHAEL HANSON AND CAROLYN HANSON TO FILE A CLAIM AND ANSWER

It is hereby stipulated and AGREED by and between Plaintiff, United States of America, and Potential Claimants MICHAEL O. HANSON and CAROLYN HANSON that:

1. The deadline for MICHAEL O. HANSON, the titled owner of all the real property Defendants, and CAROLYN HANSON, the spouse of MICHAEL O. HANSON, to file their Claim and Answer is hereby extended until June 28, 2012.

SO ORDERED:

*Timothy S. Black*
TIMOTHY S. BLACK
UNITED STATES DISTRICT JUDGE

CARTER M. STEWART
United States Attorney

s/Pamela M. Stanek
PAMELA M. STANEK (0030155)
Assistant United States Attorney

s/Richard S. Skelton per phone auth. 05/29/12
RICHARD S. SKELTON
Attorney for Potential Claimants, MICHAEL O. HANSON and CAROLYN HANSON