IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | : | CASE NO.: 3:11CV422 |
|---|---|---|
| Plaintiff, | : | JUDGE TIMOTHY S. BLACK |
| v. | : | |
| (1) REAL PROPERTY KNOWN AS 250 N. GARLAND AVENUE, DAYTON, OHIO 45403, et al. | : : | |
| Defendants. | : | |

## ORDER GRANTING UNITED STATES' MOTION TO STAY PROCEEDINGS

This matter is before the Court upon the United States' Motion pursuant to 18 U.S.C. § 981(g) to stay the proceedings in this civil forfeiture action until the completion of a related criminal investigation and prosecution on the grounds that civil discovery would adversely affect the ability of the United States to conduct a related criminal investigation and prosecution.

The Court hereby finds that civil discovery would adversely affect the related criminal investigation and prosecution.

THEREFORE, it is HEREBY ORDERED THAT:

The United States' Motion to Stay Proceedings is granted, and this case, including but not limited to all civil discovery and potential claimants Michael Hanson and Carolyn Hanson's time to file an Answer and Claim shall be stayed until further order of this Court.

The United States shall file quarterly Status Reports.

Timothy S. Black
United States District Judge